

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2021

No. 04-18-00833-CV

**IN THE INTEREST OF M.A.G. AND Z.A.G., CHILDREN**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2017FLI001815 C3
Honorable Missy Medary, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant's Motion for Rehearing and Addition to Motion for Rehearing are denied.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of February, 2021.

_____
Michael A. Cruz,
Clerk of Court